NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PERRY, an individual,<br><br>    Plaintiff<br><br>    v.<br><br>PHIL BROWN, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants | Case No.: 2:18-cv-9543<br><br>**ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION WITH TEMPORARY RESTRAINING ORDER** |

Upon application of Plaintiff Stephen Perry ("Plaintiff") for (1) an order to show cause why the Court should not enter a preliminary injunction against Defendant Phil Brown prohibiting him from using (1) using Plaintiff's registered "Steve Perry" mark, name, likeness or identity to promote Defendant, Defendant's band, or Defendant's music, and (2) releasing vocal performances of Plaintiff that were recorded in Defendant's home in the early 1990s or at any other time, and (2) a temporary restraining order against such acts;

And having read and considered the papers submitted by Plaintiff in support of such application, including the First Amended Complaint, the declarations of Plaintiff

and Plaintiff's counsel, the Memorandum of Law in support of the requested relief, wherein it is alleged that Plaintiff will be irreparably harmed absent the relief sought herein, and good cause being shown therefor, the Court hereby rules as follows:

## ORDER TO SHOW CAUSE

**IT IS ORDERED THAT** Defendant show cause why the Preliminary Injunction requested in Plaintiff's moving papers should not be entered as an Order and remain in full force and effect until the entry of Final Judgment in this civil action:

1. Enjoining Defendant and all persons acting in Defendant's behalf from using "Steve Perry," the likeness of Steve Perry, any confusingly similar variant of the foregoing, or any other aspect of the name, voice, likeness, or other indicia of identity of Plaintiff Stephen Perry to promote Defendant, Defendant's music, Defendant's musical group "Apaches from Paris," Defendant's announced upcoming musical album, Defendant's business, or in any other manner infringing Plaintiff's trademarks, rights of publicity and other rights; and

2. Enjoining Defendant and all persons acting in Defendant's behalf from releasing, posting, publishing, or in any other manner making public any vocal performances of Plaintiff Stephen Perry recorded at Defendant's home in the early 1990s or at any other time;

3. Granting Plaintiff such other relief as the Court may deem just and proper.

The Court shall hear oral argument on Plaintiff's requested Preliminary Injunction at 8:30 a.m., on **November 29, 2018**. Plaintiff shall personally serve this Order and the Court's November 14, 2018 Standing Order on Defendant by **November 17, 2018**. Plaintiff shall file proofs of service of this Order and the Standing Order by **November 19, 2018**. Defendant shall file and serve an Opposition on or before **November 23, 2018**. Plaintiff shall file and serve a Reply on or before **November 26, 2018**.

## TEMPORARY RESTRAINING ORDER

**IT IS FURTHER ORDERED THAT** pending a full hearing on the Order to Show Cause, Defendant and managers, agents, servants, employees, and attorneys, and all those acting in concert or participation with them who receive actual notice of the Order by personal service or otherwise, are hereby **TEMPORARILY RESTRAINED** from:

(1) Using the registered mark and name "Steve Perry," the likeness of Steve Perry, any confusingly similar variant of the foregoing, or any other aspect of the mark, name, voice, likeness, or other indicia of identity of Plaintiff Stephen Perry, to promote Defendant, Defendant's music, Defendant's musical group "Apaches from Paris," Defendant's announced upcoming musical album, business, or in any other manner infringe Plaintiff's trademarks, rights of publicity and other rights; and

(2) releasing, posting, publishing, or in any other manner making public any vocal performances of Plaintiff Stephen Perry recorded at Defendant's home in the early 1990s or at any other time.

## BOND

**IT IS FURTHER ORDERED THAT** Plaintiff shall not be required to post a bond for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained.

Dated: November 15, 2018

_____
UNITED STATES DISTRICT JUDGE