L. LEE PHILLIPS (SBN: 35694)
lphillips@manatt.com
JOHN M. GATTI (SBN: 138492)
jgatti@manatt.com
ERIC CUSTER (SBN: 166533)
ecuster@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064-1614
Telephone:    (310) 312-4000
Facsimile:    (310) 312-4224

MARK S. LEE (SBN: 94103)
mark.lee@rimonlaw.com
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA   90067
Telephone/Facsimile: (310)361-5776

Attorneys for Plaintiff STEPHEN PERRY                                    JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN PERRY, an individual, | Case No.: 2:18-cv-09543-JFW-SSx |
| Plaintiff | **DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| PHIL BROWN, an individual, | |
| Defendants | |

Pursuant to the concurrently filed stipulation of the parties and for good cause shown, it is ordered, adjudged, and decreed as follows:

**<u>DISMISSAL OF ACTIONWITH PREJUDICE</u>**

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the settlement of the parties, Perry's First Amended Complaint herein is dismissed with prejudice, with each party to be responsible for his own fees and costs incurred herein.

Dated: April 24, 2020

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

-1-